James W. Coffman, appellant, v. Eugene Colgan, appellee.
Action to recover a sum due under a contract to find a coal mine which defendant could purchase. Judgment for defendant. Appeal from the County Court of Sangamon county; the Hon. John B. Weaver, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 22, 1922.
Jarrett & Neiger and L. E. Stone, for appellant. Brown & Hay, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

Cassandra B. Hartford, appellant, v. Lester A. McMasters, appellee.
Action to recover rent for use and occupation of a garage. Judgment for defendant. Appeal from the County Court of Champaign county; the Hon. Roy C. Freeman, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 22, 1922.
Green & Palmer, for appellant; William G. Palmer, of counsel. W. G. Spurgin, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

Henry Horner & Company, appellee, v. Gaetano Passini, appellant.
Action for the price of a carload of grapes shipped C. O. D. to defendant and refused by him. Judgment for plaintiff. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed April 22, 1922.
W. S. Greer and McDavid, Monroe & Hershey, for appellant. John E. Hogan and Leal W. Reese, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

First National Bank of Morrisonville, Illinois, appellee, v. Mary A. May, appellant.
Motion to open up a judgment on a judgment note on the ground of alteration after delivery. Motion denied. Appeal from the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded with directions. Opinion filed April 22, 1922.
W. S. Greer and McDavid, Monroe & Hershey, for appellant. John E. Hogan and Leal W. Reese, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.

---

George Smith, appellee, v. Angelo Giovanni, appellant.
Action for damages for trespass in entering plaintiff's dwelling and damaging his furniture and chattels. Judgment for plaintiff. Appeal from the Circuit Court of Macoupin county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed April 22, 1922.
Alfred A. Isaacs, for appellant; Jesse Peebles, of counsel. James A. Murphy, for appellee.
Mr. Justice Niehaus delivered the opinion of the court.